FILED

03/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0391

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. 20-0391

TRACY FORTNER and MARCY FORTNER,

Appellants,

vs.

BROADWATER CONSERVATION DISTRICT,

Appellee.

## ORDER GRANTING APPELLEE'S SECOND MOTION FOR 30 DAY EXTENSION

The Court being in receipt of Appellee's Unopposed Second Motion for Extension of Time to File Opening Brief and good cause appearing, Now Therefore,

IT IS HEREBY ORDERED the Appellee may file its Opening Brief on or before April 19, 2021.

DATED and ELECTRONICALLY SIGNED as noted below.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 18 2021